# Court of Appeals
# of the State of Georgia

ATLANTA, May 28, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0126. JACOB RIVERA v. PATSY AUSTIN-GATSON.**

Upon consideration of the applicant's emergency petition for writ of habeas corpus, the same is HEREBY DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/28/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*